AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| LaMonica McIver | ) |
| *Defendant* | ) |

Case No.    25-mj-15118

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LaMonica McIver                                                                                         .

Date:    05/21/2025

/s/ Lee Cortes
*Attorney's signature*

Lee Cortes, 04199-2009
*Printed name and bar number*

One Gateway Center, Suite 1025
Newark, NJ 07102

*Address*

Lee.Cortes@arnoldporter.com
*E-mail address*

(973) 776-1853
*Telephone number*

*FAX number*