# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA *Plaintiff* <br> v. <br> LAMONICA MCIVER *Defendant* | MAGISTRATE JUDGE: STACEY D. ADAMS. <br> CASE NO. 25-MJ-15118-SDA <br> DATE OF PROCEEDINGS: 5/21/2025 <br> DATE OF ARREST: _____ |

**PROCEEDINGS:** Initial Appearance on Complaint

- [✓] COMPLAINT
- [✓] ADVISED OF RIGHTS
- [ ] COMMITMENT TO ANOTHER DISTRICT
- [ ] APPT. OF COUNSEL: [ ] AFPD  [ ] CJA
- [ ] PRELIMINARY HEARING WAIVED ON THE RECORD
- [ ] CONSENT TO VIDEO VIA ZOOM
- [ ] PLEA ENTERED: [ ] GUILTY  [ ] NOT GUILTY
- [ ] IDENTITY HEARING WAIVED ON THE RECORD
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER: _____

- [ ] ORDER OF DETENTION
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET: _____
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [✓] BRADY ORDER ON THE RECORD
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [✓] SEE ORDER SETTING CONDITIONS OF RELEASE FOR
- [✓] ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [✓] PRELIMINARY/REMOVAL HRG.   DATE: June 11, 2025
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER: _____

**APPEARANCES:**

AUSA: STEPHEN DEMANOVICH

DEFT. COUNSEL: PAUL J. FISHMAN

PROBATION: _____

INTERPRETER _____
    Language: _____

TIME COMMENCED: 11:39 a.m.
TIME TERMINATED: 11:53 a.m.
CD NO: ECR

Jackeline Barco
DEPUTY CLERK