UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Jamel K. Semper |
| v. | Crim. No. 25-CR-388 (JKS) |
| LaMONICA McIVER | |

**ORDER**

Upon the consent of the parties and United States Pretrial Services, and for good cause shown, it is ORDERED that defendant LaMonica McIver is permitted to travel internationally from June 15-22, 2025 on the itinerary approved by Pretrial Services.

**SO ORDERED.**

Dated: June 12, 2025

                                          */s Stacey D. Adams*
                                      HONORABLE STACEY ADAMS
                                      UNITED STATES MAGISTRATE JUDGE