## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAMONICA McIVER | Crim. No. 25-388<br><br><u>SCHEDULING ORDER</u> |

   This matter having come before the Court for arraignment; and the United States being represented by Alina Habba, United States Attorney for the District of New Jersey (by Mark J. McCarren, Assistant U.S. Attorney, appearing); and the Defendant being represented by Paul J. Fishman, Esq. and Lee M. Cortes, Jr., Esq.; and the parties having met and conferred and having preliminarily determined that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph three of this Court's Standing Order for Criminal Trial Scheduling and Discovery (the "Standing Order"); and the parties having agreed on a preliminary schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

   It is on this 25th day of June, 2025, ORDERED that:

   1. The Government shall provide all discovery required by Federal Rule of Criminal Procedure 16(a)(1) on a rolling basis, with production of all discovery on or before July 3, 2025.

   2. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before July

3, 2025. Exculpatory evidence that becomes known to the Government after that date shall be disclosed expeditiously.

    3.    The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before July 17, 2025.

    4.    The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before August 1, 2025.

    5.    The Court shall hold a status conference on or about August 8, 2025 at 11:00 a.m. Pretrial motions shall be submitted in accordance with the following schedule:

        a.    Any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, shall be filed on or before August 15, 2025.

        b.    Responses to the pretrial motions shall be filed on or before August 25, 2025.

        c.    Replies shall be filed on or before September 2, 2025.

        d.    Oral argument on pretrial motions shall be held on or about September 9, 2025 at 11:00 a.m.

    6.    The final pretrial conference shall be held on or about September 23, 2025 at 11:00 a.m. pursuant to Paragraph 17 of the Standing Order.

    7.    If necessary, trial shall commence on November 10, 2025 at 10:00 a.m.

    */s/ Jamel K. Semper*
HON. JAMEL K. SEMPER
UNITED STATES DISTRICT JUDGE