# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jamel K. Semper |
| v. | : | Crim. No. 25-388 |
| LaMONICA McIVER | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Alina Habba, United States Attorney for the District of New Jersey (by Mark J. McCarren, Assistant United States Attorney), and defendant LaMonica McIver (by Paul J. Fishman and Lee M. Cortes, Jr.), for an order granting a continuance of the proceedings in the above-captioned matter from the date of this Order through and including August 15, 2025 to provide defense counsel the reasonable time necessary for effective preparation of pretrial motions; and the defendant being aware that she has the right to have the matter brought to trial within 70 days from the filing date and making public of the indictment pursuant to Title 18, United States Code, Section 3161(c)(1); and no prior continuances having been previously entered in this matter; and the defendant, through counsel, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The Government will be providing all discovery material required by the Court's June 25, 2025 scheduling order on or before July 3, 2025;

(2) Such material will include extensive stationary security video recordings and body camera footage relevant to this matter;

(3) A continuance order will provide defense counsel with time to diligently review and inspect discovery and further investigate the charges before filing pretrial motions on or before August 15, 2025, the deadline set in the Court's Scheduling Order (Docket Entry 16);

(4) The defendant has consented to the continuance; and

(5) Consequently, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

WHEREFORE, it is on this 30th day of June, 2025;

ORDERED that this action be, and it hereby is, continued from the date of this Order through and including August 15, 2025; and it is further

ORDERED that the period from the date of this Order through and including August 15, 2025, shall be excluded in computing time under the Speedy Trial Act of 1974.

_____
HON. JAMEL K. SEMPER
United States District Judge

Form and entry consented to:


/s/*Mark J. McCarre*n
Mark J. McCarren
Assistant U.S. Attorney


*/s/ Lee M. Cortes, Jr.*
Lee M. Cortes, Jr., Esq.
Paul J. Fishman, Esq.
Counsel for LaMonica McIver