# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *v.*<br><br>LaMONICA McIVER. | Hon. Jamel K. Semper<br><br>Crim. No. 2:25-cr-00388-JKS |

## DECLARATION OF LEE M. CORTES, JR. IN SUPPORT OF CONGRESSWOMAN LaMONICA McIVER'S PRETRIAL MOTIONS

I, Lee M. Cortes, Jr., declare under penalty of perjury:

1. I am an attorney admitted to practice law before this Court. I am a Partner at the law firm of Arnold & Porter Kaye Scholer LLP, counsel for Congresswoman LaMonica McIver in this matter. I make this Declaration in Support of Congresswoman McIver's Pretrial Motions.

2. Attached are true and correct copies of Exhibits A – J, each of which is a video recording that the United States Attorney's Office has produced in discovery in this case:

| Exhibit Number | Document Name |
|---|---|
| A | NEPTZ.avi |
| B | CD Axon Body Camera Pre and Arrest.mp4 |
| C | Axon_Body_4_Video_2025-05-09_1418_D01AA954X.mp4 |
| D | Axon_Body_4_Video_2025-05-09_1418_D01AA942W.mp4 |
| E | AG Axon Body Camera BARAKA Enters Gate.mp4 |
| F | TA Axon Body Camera Pre-Arrest.mp4 |
| G | AG Axon Body Camera Pre-Arrest.mp4 |
| H | JR Axon Body Camera Arrest.mp4 |
| I | AG Axon Body Camera Arrest.mp4 |
| J | Axon_Body_4_Video_2025-05-09_1547_D01AA739X.mp4 |

3. Attached as Exhibit K is a true and correct copy of a letter dated July 30, 2025, that counsel for Congresswoman McIver sent to Assistant U.S. Attorney Mark McCarren, counsel for the United States in this matter.

1

4. Attached as Exhibit L is a true and correct copy of a letter dated August 6, 2025, that counsel for Congresswoman McIver sent to Assistant U.S. Attorney Mark McCarren, counsel for the United States in this matter.

5. Attached as Exhibit M is a true and correct copy of a letter dated August 11, 2025, that Assistant U.S. Attorney McCarren sent to counsel for Congresswoman McIver in this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed on:   August 15, 2025

By: _____/s/Lee M. Cortes, Jr._____
        Lee M. Cortes, Jr.

**CERTIFICATE OF SERVICE**

    I hereby certify that true and accurate copies of the foregoing documents, including the video exhibits referenced herein, were sent by FTP file transfer to counsel of record and the Court in this matter on August 15, 2025.

                                                                           _____
                                                                               Lee M. Cortes