# EXHIBIT A

Since Exhibit A is a video titled NEPTZ.avi, incapable of being converted to PDF in accordance with the local and CM/ECF rules, it will be submitted via FTP file transfer to the Court and all Parties of Record along with this filing. A courtesy copy will separately be provided by thumb drive on Monday, August 18, 2025.