## EXHIBIT C

Since Exhibit C is a video titled Axon_Body_4_Video_2025-05-09_1418_D01AA954X.mp4, incapable of being converted to PDF in accordance with the local and CM/ECF rules, it will be submitted via FTP file transfer to the Court and all Parties of Record along with this filing.  A courtesy copy will separately be provided by thumb drive on Monday, August 18, 2025.