# EXHIBIT F

Since Exhibit F is a video titled TA Axon Body Camera Pre-Arrest.mp4, incapable of being converted to PDF in accordance with the local and CM/ECF rules, it will be submitted via FTP file transfer to the Court and all Parties of Record along with this filing.  A courtesy copy will separately be provided by thumb drive on Monday, August 18, 2025.