UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LaMONICA McIVER | Hon. Jamel K. Semper<br><br>Crim. No. 2:25-cr-00388-JKS |

**NOTICE OF MOTION TO**
**RESTRAIN THE GOVERNMENT'S EXTRAJUDICIAL STATEMENTS**

**PLEASE TAKE NOTICE** that, pursuant to the motion schedule set by the Court, Congresswoman LaMonica McIver, by and through her counsel, Arnold & Porter Kaye Scholer LLP, shall move before the Honorable Jamel K. Semper, United States District Court for the District of New Jersey, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, for entry of an order restraining extrajudicial statements.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Congresswoman McIver shall rely upon the accompanying Memorandum of Law, as well as the Declaration of Lee M. Cortes, Jr., filed with this Motion.

Dated: August 15, 2025

                                  ARNOLD & PORTER KAYE SCHOLER LLP

By: _____
      Lee M. Cortes, Jr.
      Paul J. Fishman
      One Gateway Center | Suite 1025
      Newark, NJ 07102
      Telephone: 973-776-1901
      Lee.Cortes@arnoldporter.com
      Paul.Fishman@arnoldporter.com

Counsel for Congresswoman LaMonica McIver