## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Jamel K. Semper |
| v. | |
| LaMONICA McIVER | Crim. No. 2:25-cr-00388-JKS |

**[PROPOSED] ORDER GRANTING CONGRESSWOMAN LaMONICA McIVER'S MOTION TO COMPEL DISCOVERY**

**THIS MATTER** having come before the Court on the motion of counsel for Congresswoman LaMonica McIver for an order that compels the government to produce discovery in this case; and the Court having considered the submissions of the parties and arguments of counsel, and for good cause shown;

IT IS on this _____ day of _____, 2025,

ORDERED that Congresswoman LaMonica McIver's motion to compel discovery is hereby GRANTED in its entirety.

_____
Honorable Jamel K. Semper
United States District Judge