# Gov. Ex. B

# Donald J. Trump

*President of the United States of America*

## Certificate of Pardon

*John Joseph Carl Jr.*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.

*Done at the City of Washington, District of Columbia, on April 25, 2025.*



ID318721

# Donald J. Trump

*President of the United States of America*

## Certificate of Pardon

*Jeanette Theresa Mangia*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.

*Done at the City of Washington, District of Columbia, on April 11, 2025.*



ID319002

# Donald J. Trump

### President of the United States of America

## Certificate of Pardon

### *Joseph Bierbrodt*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.

*Done at the City of Washington, District of Columbia, on March 10, 2025.*



ID318661

# Donald J. Trump

*President of the United States of America*

## Certificate of Pardon

*Donald Lee Moss*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.

*Done at the City of Washington, District of Columbia, on February 27, 2025.*



ID319071

# Donald J. Trump

*President of the United States of America*

## Certificate of Pardon

*Michael Leon Brock*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.

*Done at the City of Washington, District of Columbia, on February 14, 2025.*



ID318702

# Donald J. Trump

*President of the United States of America*

## Certificate of Pardon

*Emanuel Jackson*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.

*Done at the City of Washington, District of Columbia, on February 14, 2025.*



ID318917

# Donald J. Trump

*President of the United States of America*

## Certificate of Pardon

*James Roe Cleary*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.

*Done at the City of Washington, District of Columbia, on February 10, 2025.*



ID318743

# Donald J. Trump

*President of the United States of America*

## Certificate of Pardon

*Anatoliy Anatolievich Lutsik*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.

*Done at the City of Washington, District of Columbia, on February 7, 2025.*



ID318989

# Donald J. Trump

*President of the United States of America*

## Certificate of Pardon

*Jonathan Daniel Pollock*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.

*Done at the City of Washington, District of Columbia, on February 7, 2025.*



ID319130

# Donald J. Trump

*President of the United States of America*

## Certificate of Pardon

*Olivia Michele Pollock*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.

*Done at the City of Washington, District of Columbia, on February 7, 2025.*



ID319131

# Donald J. Trump

*President of the United States of America*

## Certificate of Pardon

*Edward Anthony George Jr.*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.

*Done at the City of Washington, District of Columbia, on February 7, 2025.*



ID318842

# Donald J. Trump

*President of the United States of America*

## Certificate of Pardon

### *Jacob Clark*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.

*Done at the City of Washington, District of Columbia, on February 6, 2025.*



ID317661

# Donald J. Trump

*President of the United States of America*

## Certificate of Pardon

*Gregory Charles Peck Jr.*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.

*Done at the City of Washington, District of Columbia, on February 6, 2025.*



ID319117

# Donald J. Trump

*President of the United States of America*

## Certificate of Pardon

*Shannon Joseph Bitzer*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.

*Done at the City of Washington, District of Columbia, on February 5, 2025.*



ID318671

# Donald J. Trump

*President of the United States of America*

## Certificate of Pardon

*Isaac Westbury*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.

*Done at the City of Washington, District of Columbia, on February 5, 2025.*



ID319309

# Donald J. Trump

### President of the United States of America

## Certificate of Pardon

### *Jason William Wallis*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.

*Done at the City of Washington, District of Columbia, on February 5, 2025.*



ID319296

# Donald J. Trump

### President of the United States of America

## Certificate of Pardon

### *Robert Giacchetti*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.

*Done at the City of Washington, District of Columbia, on February 4, 2025.*



ID318843

# Donald J. Trump

*President of the United States of America*

## Certificate of Pardon

*Lance Michael Ligocki*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.

*Done at the City of Washington, District of Columbia, on February 4, 2025.*



ID318980

# Donald J. Trump

*President of the United States of America*

## Certificate of Pardon

*Nathaniel Noyce*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.

*Done at the City of Washington, District of Columbia, on February 4, 2025.*



ID319094

# Donald J. Trump

*President of the United States of America*

## Certificate of Pardon

*Jared Luther Owens*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.

*Done at the City of Washington, District of Columbia, on February 4, 2025.*



ID319106

# Donald J. Trump

*President of the United States of America*

## Certificate of Pardon

*Jared Lane Wise*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.

*Done at the City of Washington, District of Columbia, on February 4, 2025.*



ID319323

# Donald J. Trump

*President of the United States of America*

## Certificate of Pardon

*Seth Eden Sarty*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.

*Done at the City of Washington, District of Columbia, on January 31, 2025.*



ID319194

# Donald J. Trump

### President of the United States of America

## Certificate of Pardon

### *Jacob Davis*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.

*Done at the City of Washington, District of Columbia, on January 31, 2025.*



ID318776

# Donald J. Trump

*President of the United States of America*

## Certificate of Pardon

*Rockne Gerard Earles*

was pardoned by the Presidential Proclamation of January 20, 2025. The pardon applies only to convictions for offenses related to events that occurred at or near the United States Capitol on January 6, 2021.

As directed by the Proclamation of Pardon and in witness whereof, the Office of the Pardon Attorney has caused the seal of the Department of Justice to be affixed below and issues this certificate of pardon to the named person.

*Done at the City of Washington, District of Columbia, on January 31, 2025.*



ID318800