# Arnold & Porter

**Lee Cortes**
+1 973.776.1853 Direct
Lee.Cortes@arnoldporter.com

September 18, 2025

Hon. Jamel K. Semper
United States District Judge
Frank R. Lautenberg Post Office
   & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

    Re:    *United States v. LaMonica McIver*, Crim. No. 25-388

Dear Judge Semper:

    Pursuant to the Court's August 21, 2025 scheduling order (Docket Entry 24), the Government filed its opposition to Congresswoman McIver's pretrial motions on September 15, 2025, and her reply briefs are due on September 25, 2025. The Court also scheduled oral argument for October 21, 2025.

    In light of the Rosh Hashanah holiday, which begins at sundown on Monday, September 22 and concludes at sundown Wednesday, September 24, we respectfully request a brief adjournment of the deadline for Congresswoman McIver's reply until Tuesday, September 30, 2025. The government has consented to this extension.

    Thank you for considering this request.

                          Respectfully submitted,

                          Lee M. Cortes, Jr.

cc:    AUSA Mark J. McCarren
        AUSA Benjamin D. Bleiberg

US 255042280v2