## **CERTIFICATE OF SERVICE**

I certify that true and accurate copies of the foregoing document were sent by ECF service to all parties in this matter on September 25, 2025.

                                                                                                   _____

                                                                                                     Lee M. Cortes