# Arnold & Porter

**Paul J. Fishman**
+1 973.776.1901 Direct
Paul.Fishman@arnoldporter.com

October 6, 2025

**VIA ECF**

Hon. Jamel K. Semper
United States District Judge
Frank R. Lautenberg Post Office
   & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

    Re:    *United States v. LaMonica McIver*, Crim. No. 25-388

Dear Judge Semper:

    On September 25, we filed our reply briefs in support of Congresswoman McIver's pretrial motions. Among other matters, those briefs highlighted the Government's failure to retract false and prejudicial public statements by the Department of Homeland Security (DHS) and Immigration and Customs Enforcement (ICE) regarding the events related to and underlying the indictment.

    Since those filings, DHS published two new statements that went even further. The first statement, attached as Exhibit A, is a September 26 press release that falsely links Congresswoman McIver to domestic terrorism and the movement labeled as "Antifa."[1] Specifically, the press release describes DHS as purportedly having "arrested dozens of Antifa-aligned left-wing violent extremists who have attacked law enforcement, murdered innocent civilians, and launched a wave of violent riots throughout the United States." The release then explicitly identifies Congresswoman McIver as one of those "Antifa-aligned domestic extremis[t]" arrestees. The release also links to a May 14, 2025, press release, attached as Exhibit B, that we had not previously discovered and that the government had not previously identified. This May 14 press release, which remains online as of our filing of this letter, repeats DHS's original false description of "members of Congress" having "storm[ed]" and "broke[n] into Delaney Hall and assaulted Immigration and Customs Enforcement (ICE) agents."[2]

---

[1] DHS, *DHS Is Fighting Back Against Antifa Violence* (Sept. 26, 2025), https://perma.cc/7PAC-UB7Z.
[2] DHS, *DHS Reminds Congressional Members of ICE's Guidelines to Schedule Tours of ICE Detention Facilities* (May 14, 2025), https://perma.cc/4SE8-FMJX.

**Arnold & Porter**

Hon. Jamel K. Semper
October 6, 2025
Page 2

      Second, attached as Exhibit C is a set of posts from DHS's official *X* account that similarly attempted to connect Congresswoman McIver's prosecution to "left-wing violent extremis[m]." As part of this set of posts, DHS originally included a post connecting the Congresswoman to Antifa and repeating the description of "Representative LaMonica McIver" as having "broke[n] into the Delaney Hall Detention Facility in Newark, New Jersey and assaulted ICE officers."[3] DHS has since removed that particular *X* post.[4] But as of our submission of this letter, DHS's press release linking Congresswoman McIver's prosecution with Antifa and "left-wing violent extremis[m]" (Ex. A) remains online.

      We bring these statements to the Court's attention as fresh evidence of the need to restrain the government's extrajudicial statements related to this case, *see* ECF No. 21-1, as well as of the government's unconstitutional selective enforcement and prosecution, *see* ECF No. 20-1.

Sincerely,

Paul J. Fishman

cc:    Lee M. Cortes, Jr.
        Amanda J. Raines
        AUSA Mark J. McCarren
        AUSA Benjamin D. Bleiberg

Encl.:  Ex. A – DHS, *DHS Is Fighting Back Against Antifa Violence* (Sept. 26, 2025).
         Ex. B – DHS, *DHS Reminds Congressional Members of ICE's Guidelines to Schedule Tours of ICE Detention Facilities* (May 14, 2025).
         Ex. C – Homeland Security (@DHSgov), *X* (Sept. 26, 2025).

---

[3] Homeland Security (@DHSgov), *X* (Sept. 26, 2025), https://x.com/DHSgov/status/1971628772379251108.
[4] https://x.com/DHSgov/status/1971628795355402439.