# **EXHIBIT C**

Post

Homeland Security
@DHSgov

Antifa-aligned domestic terrorists have NOWHERE to hide: Under @POTUS Trump and @Sec_Noem, DHS is upholding the rule of law and will hunt you down and deliver justice.

Dozens of Antifa-aligned left-wing violent extremists who have attacked law enforcement and launched a wave of violent riots throughout the United States have already been arrested:

5:31 PM · Sep 26, 2025 · 541.2K Views

1.8K 3.3K 15K 344

Post your reply Reply

Homeland Security @DHSgov · Sep 26
In August, Batton Dean Wilkerson entered the same ICE Dallas field office attacked this week, claiming to have a bomb in his backpack and a detonator on his wrist. He was charged with making terroristic threats.

25 93 865 1.3K

Homeland Security @DHSgov · Sep 26
On July 4, 2025, a group of leftwing extremists coordinated an ambush on the Prairieland Detention Center. The attackers stormed the facility and used fireworks in matching tactical clothing.

Then, as law enforcement responded, other attackers hiding nearby opened fire, wounding
Show more

WANTED BY THE FBI
BENJAMIN HANIL SONG
Attempted Murder of a Federal Officer; Discharging a Firearm During, in Relation to, and in Furtherance of a Crime of Violence
Captured

10 79 751 20K

This Post was deleted by the Post author. Learn more

Homeland Security @DHSgov · Sep 26
Illinois @GovPritzker and @ChicagosMayor Brandon Johnson's nonstop demonization of ICE has fueled the frenzied riots at the ICE facility in Broadview, Illinois.

Since September 19, violent rioters have repeatedly attacked this ICE facility. DHS and law enforcement have arrested
Show more

Rapid Response 47 @RapidResponse47 · Sep 10
While ICE agents are taking down Venezuelan gun traffickers on the streets of Chicago, Illinois Governor JB Pritzker is on podcasts claiming that the United States is "essentially" becoming Nazi Germany as a result of their heroic efforts.

An absolute radical lunatic.

morning edition npr

Home
Explore
Notifications
Messages
Grok
Lists
Bookmarks
Communities
Premium
Verified Orgs
Profile
More
Post

Search

Relevant people

Homeland Secu... @DHSgov Follow
With honor and integrity, we will safeguard the American people, our homeland, and our values. #WeAreDHS

What's happening

SF Tech Week 2025
LIVE

TRON: ARES
In IMAX this Friday. Get tickets now.
Promoted by Walt Disney Studios

Sports · Trending
Pereira
52.6K posts

Trending in United States
Ethel Cain
2,000 posts

Sports · Trending
Beane
1,367 posts

Document title: (20) Homeland Security on X: "Antifa-aligned domestic terrorists have NOWHERE to hide: Under @POTUS Trump and @Sec_Noem, DHS is…
Capture URL: https://x.com/DHSgov/status/1971628772379251108
Capture timestamp (UTC): Mon, 06 Oct 2025 16:12:43 GMT

Post
Homeland Security
@DHSgov
Several members of Congress broke into the Delaney Hall Detention Facility in Newark, New Jersey and assaulted ICE officers.
Representative LaMonica McIver was indicted by a federal grand jury and charged for assaulting a federal law enforcement officer.
No one is above the law.
5:31 PM · Sep 26, 2025 · 17K Views
26
75
720
8
Read 26 replies
New to X?
Sign up now to get your own personalized timeline!
Sign up with Google
Sign up with Apple
Create account
By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.
What's happening
Paris Fashion Week 2025 Womenswear SS26
LIVE
Politics · Trending
Sliwa
15.4K posts
Trending in United States
TAEHYUN
21.4K posts
Trending in United States
Coates
4,210 posts
Sports · Trending
Ballmer
Show more
Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2025 X Corp.
Don't miss what's happening
People on X are the first to know.
Log in
Sign up



