UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 25-CR-00388 (JKS) |
| v. | : | |
| LAMONICA MCIVER | : | <u>NOTICE OF APPEARANCE</u> |

PLEASE TAKE NOTICE that Benjamin D. Bleiberg, Assistant United States Attorney (benjamin.bleiberg2@usdoj.gov), is appearing for the United States of America in the above-captioned matter.

        TODD BLANCHE
        U.S. Deputy Attorney General

        ALINA HABBA
        Acting U.S. Attorney
        Special Attorney

        */s/ Benjamin D. Bleiberg*
        By:  Benjamin D. Bleiberg
        Assistant United States Attorney

Dated: October 20, 2025