# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

## Minutes of Proceedings

Judge: **Hon. Jamel K. Semper**          Date: October 21, 2025

Deputy Clerk: Shea Smith

Court Reporter: Laurie Engemann

**Title of Case:**                       Docket # **Cr. 25-388 JKS**

*U.S.A.* v. *LaMonica McIver*

**Appearances:**
Mark J. McCarren, Esq., Benjamin D. Bleiberg, Esq., for the Government.
Lee Cortes, Esq., Paul J. Fishman, Esq., and Amanda Raines, Esq., for the defendant.

**Nature of Proceedings:**  **Oral Argument**
Defendant present.
Hearing on the following Defendant's Motions.
Motion to Dismiss Based on Legislative Immunity (ECF No. 19). Decision Reserved.
Motion to Dismiss Based on Selective Enforcement (ECF No. 20). Decision Reserved.
Motion to Compel Discovery (ECF No. 22). Decision Reserved.
Defendant's Motion to Restrain the Government's Extrajudicial Statements (ECF No. 21). Decision Reserved.
Ordered that the Government shall submit a letter by the end of next week informing the court about the removal of tweets.
Ordered that the Government shall submit a letter outlining whether there was any communication not turned over to the defense by the end of next week.
Ordered that the government shall turn over any internal policies regarding crowd-control by the end of next week.
Opinion to be issued.

```
Time Commenced: 11:15 a.m.
Time Adjourned:  1:05 p.m.
Total Time:  1 Hour 50 minutes
```

*Shea M. Smith, Courtroom Deputy*