# Arnold & Porter

**Lee Cortes**
+1 212.836.7553 Direct
Lee.Cortes@arnoldporter.com

November 6, 2025

**VIA ECF**

Honorable Jamel K. Semper
United States District Judge
Frank R. Lautenberg Post Office
   & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

      Re:   *United States v. LaMonica McIver*, Crim. No. 25-388

Dear Judge Semper:

      On October 21, 2025, the Court heard oral argument on Congresswoman McIver's pretrial motions, including her request that the Court direct the government to delete the executive branch's false and inflammatory statements about her, her conduct, and this prosecution from public view, and to refrain from posting or publishing similar material. Those offensive publications included at least nine public statements—eight posts on X.com and one press release—that were still available online on the day of the hearing. Hr'g Tr. 5:13-18.

      Having reviewed the material identified in Congresswoman McIver's submissions, the Court expressed "deep[] concern[] about the prejudicial" nature of the "fact free" executive branch statements the Congresswoman had identified. *Id.* at 10:13-16. The Court explained that such statements "have a prejudicial effect on their face," and observed that the U.S. Attorney's Office "certainly has the influence" to have the Department of Homeland Security ("DHS") remove them. *Id.* at 11:23-12:3. The Court thus instructed the government to "make sure" that the posts "are removed," and to provide an update within a week. *Id.* at 11:23-12:7. In the meantime, the Court reserved decision on Congresswoman McIver's motion for an order directing the executive branch to remove the offensive posts and to refrain from further prejudicial comments. The Court explained that it would "make a determination" on Congresswoman McIver's motion "based on" the government's update. *Id.* at 12:2-18.

**Arnold & Porter**

Hon. Jamel K. Semper
November 6, 2025
Page 2

The government provided its first status report eight days after the hearing, on October 29, 2025. ECF 39. That letter, which was signed by the AUSAs under the name of Deputy Attorney General Todd Blanche, explained that, more than a week after the motions hearing, the government "had still been unsuccessful in having DHS remove the posts." *Id.* at 1. The following day, October 30, 2025, the government wrote again to report that it had finally secured their removal. ECF 40.

But even with the additional time, DHS again has failed to remove *all* of the public statements that Congresswoman McIver brought to the government's and the Court's attention. In particular, Congresswoman McIver's October 6, 2025, letter to the Court identified a May 14, 2025, DHS press release that falsely accuses the Members, clearly including Congresswoman McIver, of "storming Delaney Hall and assaulting officers."[1] That press release remains on DHS's website at the time of this filing.

In addition, since the October 21 hearing, DHS has issued at least one new prejudicial comment, despite the Court's concerns and its direction that DHS remove its statements. On October 27, 2025, *Politico* reported that DHS Assistant Secretary for Public Affairs Tricia McLaughlin—the author of many of the statements that were the basis for the Congresswoman's motion—had claimed publicly that the government shutdown had deprived "Democrats" of "the precious appropriations rider they rely on to try to storm ICE facilities."[2] Although Ms. McLaughlin did not identify Congresswoman McIver by name, her continued use of the word "storm" was a clear reference to her own May 9 statement—which DHS removed only after the Congresswoman filed her motion—that falsely described the three Members as "storming into a

---

[1] ECF 35 at 1 n.2 (quoting DHS, *DHS Reminds Congressional Members of ICE's Guidelines to Schedule Tours of ICE Detention Facilities* (May 14, 2025), https://perma.cc/4SE8-FMJX).

[2] Kyle Cheney & Myah Ward, *Another shutdown consequence: Democrats can't visit ICE detention facilities*, Politico (Oct. 27, 2025), https://bit.ly/4hML4BJ.

**Arnold & Porter**

Hon. Jamel K. Semper
November 6, 2025
Page 3

detention facility," "illegally break[ing] into" Delaney Hall, and participating in "a bizarre political stunt."[3]

DHS also has failed to identify and remove other prejudicial statements on its accounts. On October 31, 2025, the *New Jersey Globe* reported that "DHS has not proactively found and deleted other similar posts." In particular, that article identified "one post from ICE that accuses McIver of having 'attacked ICE officers at the facility Saturday during the Congressional delegation's unannounced "oversight" visit.'"[4] That post remains public at the time of this filing.[5]

Congresswoman McIver's case is not an isolated example of DHS violating court rules designed to ensure a fair trial in criminal cases. Just last week, the District Judge presiding over the prosecution of Kilmar Abrego Garcia recognized the danger of prejudicial statements by DHS in that case. *See* Mem. Op., *United States v. Garcia*, No. 25-CR-0115 (M.D. Tenn. Oct. 27, 2025), ECF No. 182. The court there ordered DOJ and DHS employees to comply with a local rule, analogous to this Court's Rule 101.1, and prohibited them "from making extrajudicial statements that" impose a substantial likelihood of material prejudice. *Id.* at 1-2. The court warned that violations could "subject the speaker to sanctions." *Id.* at 7-8.

The Court should issue a similar order here. Despite Local Rule 101.1, applicable DOJ policy, ethical rules, apparent entreaties from the U.S. Attorney's Office, and this Court's clear direction, DHS has slow-walked the removal of clearly prejudicial statements, issued new ones, and continued to maintain others on its website. Without a further order from the Court, Congresswoman McIver will be forced to continue "play[ing] Whac-A-Mole" with "government officials … saying things that have absolutely no connection

---

[3] ECF 21-1 at 7 (quoting Press Release, DHS, *Members of Congress Break into Delaney Hall Detention Center* (May 9, 2025)).

[4] Joey Fox, *At Semper's direction, DHS takes down yet more posts attacking McIver*, New Jersey Globe (Oct. 31, 2025), https://bit.ly/4oRGYKV.

[5] *See* ICE, (@ICEgov), X (May 17, 2025), https://x.com/ICEgov/status/1923808486200393881.

# Arnold & Porter

Hon. Jamel K. Semper
November 6, 2025
Page 4

to the indictment." Hr'g Tr. at 12:8-12.  Respectfully, that should not be the Congresswoman's task.

                                                       Respectfully submitted,

                                                       Lee M. Cortes, Jr.

cc:    Paul J. Fishman
        Amanda J. Raines
        AUSA Mark J. McCarren
        AUSA Benjamin D. Bleiberg