UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LaMONICA McIVER | Hon. Jamel K. Semper<br><br>Crim. No. 2:25-cr-00388-JKS |

**[PROPOSED] ORDER GRANTING CONGRESSWOMAN LaMONICA McIVER'S UNOPPOSED MOTION TO EXTEND HER TIME TO FILE A NOTICE OF APPEAL**

**THIS MATTER** having come before the Court on the motion of counsel for Congresswoman LaMonica McIver for an order to extend the appeal time by 30 days; and the government having consented to that relief; and the Court having found good cause to do so;

IT IS on this _____ day of November 2025,

ORDERED that Congresswoman LaMonica McIver's motion is hereby GRANTED in all respects; and it is further

ORDERED that any deadline to appeal the Court's November 13, 2025, order is extended by 30 days, up to and including December 29, 2025.

_____
Honorable Jamel K. Semper
United States District Judge