**CERTIFICATE OF SERVICE**

      I certify that true and accurate copies of this motion were sent by ECF service to counsel of record to all parties in this matter on November 21, 2025.

                                              _____
                                                    Lee M. Cortes, Jr.