# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 25-3573 & 26-1122

UNITED STATES OF AMERICA

v.

LAMONICA MCIVER,
Appellant

---

On Appeal from the U.S. District Court, D.N.J.
Judge Jamel K. Semper, No. 2:25-cr-00388-001

Before: BIBAS, CHUNG, and AMBRO, *Circuit Judges*
Argued: June 24, 2026

---

JUDGMENT

This cause came to be considered on the record from the U.S. District Court, D.N.J. and was argued on June 24, 2026.

On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the District Court's order entered on January 5, 2026, is **AFFIRMED**. The District Court's order entered on November 13, 2025, is hereby **AFFIRMED IN PART, VACATED IN PART, AND REMANDED**. The appeal of the District Court's order entered November 13, 2025, is **DISMISSED** in part for lack of jurisdiction. Costs will not be taxed. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/Patricia S. Dodszuweit
Clerk

Dated: August 26, 2026